# EXHIBIT D

US006293310B1

(12) **United States Patent**
Redemann et al.

(10) **Patent No.:** US 6,293,310 B1
(45) **Date of Patent:** Sep. 25, 2001

(54) **GAS PANEL**

(75) Inventors: **Eric J. Redemann**, Laguna Niguel; **Kim N. Vu**, Yorba Linda, both of CA (US)

(73) Assignee: **Unit Instruments, Inc.**, Yorba Linda, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U S C 154(b) by 0 days.

(21) Appl No.: 08/960,464

(22) Filed: **Oct. 29, 1997**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/739,936, filed on Oct. 30, 1996, now Pat No 5,992,463

(51) Int. Cl.[7] .................................................... F16K 11/10
(52) U.S. Cl. ........................... 137/884; 137/269
(58) Field of Search ................................. 137/884, 269, 137/271, 606

(56) **References Cited**

U S PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,008,736 | * 2/1977 | Wittmann-Liebold et al | 137/606 |
| 4,168,724 | * 9/1979 | Graffunder et al | 137/606 |
| 4,558,845 | * 12/1985 | Hunkapiller | 251/331 |
| 5,368,062 | 11/1994 | Okumura et al | 137/269 |
| 5,605,179 | 2/1997 | Strong, Jr et al | 137/884 |
| 5,657,786 | * 8/1997 | DuRoss et al | 137/240 |
| 5,720,317 | * 2/1998 | Nimberger | 137/597 |
| 5,730,181 | 3/1998 | Doyle et al | 137/487 5 |
| 5,769,110 | 6/1998 | Ohmi et al | 137/269 |
| 5,803,507 | 9/1998 | Vu | 285/23 |
| 5,819,782 | * 10/1998 | Itafuji | 137/240 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO 90/12239 | 10/1990 | (WO) |
| WO 94/09344 | 4/1994 | (WO) |
| WO 95/10001 | 4/1995 | (WO) |

OTHER PUBLICATIONS

CKD Corporation Brochure, "Integrated Valves and MFC With 'Metal Seal Rings'", 5 pages, undated
U S Application No 08/960,464, filed Oct 29, 1997 for Gas Panel to Redemann et al

* cited by examiner

*Primary Examiner*—John Fox
(74) *Attorney, Agent, or Firm*—Wolf, Greenfield, & Sacks, P C

(57) **ABSTRACT**

A gas panel for use with a tool for manufacturing a semiconductor includes a one-piece manifold body having an inlet for receiving a process gas The manifold body has at least one lateral wall extending in the general direction of gas flow The lateral wall includes at least one active device site having an active device thereon The active device is in gas communication with a gas carrying path formed within the one-piece manifold The active device may be a manual valve, a pneumatic valve, a pressure transducer, a purifier, a filter or a flow controller The gas is received from the active device at a continuation of the gas flow path in the manifold body and is conveyed to a manifold outlet for ultimate to the tool

**7 Claims, 53 Drawing Sheets**





Fig. 1



*Fig. 2*



Fig. 3



*Fig. 4*



*Fig. 5*



*Fig. 6*



*Fig. 7*



*Fig. 8*



*Fig. 9*



Fig. 11

Fig. 10



*Fig. 13*

*Fig. 12*



*Fig. 14*



*Fig. 16*

*Fig. 15*



Fig. 17



*Fig. 18*



*Fig. 19*



*Fig. 20*



*Fig. 21*



Fig. 22



*Fig. 23*



*Fig. 24*

*Fig. 25*

Case 1:05-cv-00668-KAJ    Document 1-5    Filed 09/13/2005    Page 24 of 32



*Fig. 26*



*Fig. 27*



*Fig. 28*



*Fig. 29*



*Fig. 30*



*Fig. 31*



*Fig. 32*



Fig. 33



*Fig. 34*