# EXHIBIT E

US006394138B1

## (12) United States Patent
Vu et al.

(10) Patent No.: **US 6,394,138 B1**
(45) Date of Patent: **\*May 28, 2002**

(54) **MANIFOLD SYSTEM OF REMOVABLE COMPONENTS FOR DISTRIBUTION OF FLUIDS**

(75) Inventors: **Kim N. Vu**, Yorba Linda; **Eric J. Redemann**, Laguna Niguel; **David P. Sherriff**, Anaheim Hills, all of CA (US)

(73) Assignee: **Unit Instruments, Inc.**, Yorba Linda, CA (US)

( \* ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2)

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days

(21) Appl. No.: 09/229,722

(22) Filed: **Jan. 13, 1999**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 09/111,999, filed on Jul. 8, 1998, application No. 08/960,464, filed on Oct. 29, 1997, which is a continuation of application No. 08/739,936, filed on Oct. 30, 1996.

(51) Int. Cl.⁷ .................................... F16K 27/00
(52) U.S. Cl. ................... 137/884; 137/597; 285/124.5
(58) Field of Search .................... 137/884, 269, 137/271, 597; 285/125.1, 124.1, 124.3, 124.5

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,025,878 A | 3/1962 | Hupp |
| 3,384,115 A | 5/1968 | Drazan et al |
| 3,476,214 A | 11/1969 | Callahan |
| 3,915,194 A | 10/1975 | Friedrich |
| 3,934,605 A | 1/1976 | Legris |

| | | | |
|---|---|---|---|
| 3,993,091 A | 11/1976 | Loveless | |
| 4,080,752 A | 3/1978 | Burge | |
| 4,093,329 A | 6/1978 | Asbill, III | |
| 4,168,724 A | 9/1979 | Graffunder et al | |
| 4,181,141 A | 1/1980 | Stoll et al | |
| 4,247,133 A | 1/1981 | Moller | |
| 4,352,532 A | 10/1982 | Hardin | |
| 4,524,807 A | 6/1985 | Toliusis | |
| 4,921,072 A | 5/1990 | Divisi | |
| 5,178,191 A | 1/1993 | Schaefer | |
| 5,292,224 A | 3/1994 | Torii et al | |
| 5,368,062 A | \* 11/1994 | Okumura et al | 137/624.18 X |
| 5,460,204 A | 10/1995 | Rossi | |
| 5,653,259 A | 8/1997 | Ramstad | |
| 5,662,143 A | 9/1997 | Caughran | |
| 5,749,562 A | 5/1998 | Moller et al | |
| 5,769,110 A | 6/1998 | Ohmi et al. | |
| 5,803,507 A | 9/1998 | Vu | |
| 5,819,782 A | \* 10/1998 | Itafuji | 137/884 X |
| 5,860,676 A | 1/1999 | Brzezicki et al | |
| 5,983,933 A | \* 11/1999 | Ohmi et al | 137/597 |
| 5,992,463 A | 11/1999 | Redemann et al | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 751 301 A3 | 1/1997 |
| EP | 0 754 896 A2 | 1/1997 |
| EP | 0 777 259 A1 | 6/1997 |

(List continued on next page.)

*Primary Examiner*—John Fox
(74) *Attorney, Agent, or Firm*—Wolf, Greenfield & Sacks, P.C.

(57) **ABSTRACT**

A manifold system for enabling a distribution of fluids includes a plurality of individual manifold blocks that can be joined together to form a gas stick. Each manifold block will have a fluid passage way with an entrance port and exit port accessing a common surface. An active component can be mounted to one manifold block, while extending across a port of an adjacent manifold block. An alignment system can be provided to ensure that the entrance and exit ports are positioned in a plane containing the common surface to facilitate sealing.

**52 Claims, 15 Drawing Sheets**



**US 6,394,138 B1**

Page 2

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 845 623 A1 | 6/1998 |
| FR | 2 250 907 | 6/1975 |
| JP | 4-35835 | 2/1992 |
| JP | 7-58721 | 3/1995 |
| JP | 7-78128 | 3/1995 |
| JP | 8-312900 | 11/1996 |

| | | |
|---|---|---|
| JP | 9-184577 | 6/1997 |
| WO | WO 95/10001 | 4/1995 |
| WO | WO 96/29529 | 9/1996 |
| WO | WO 96/34705 | 11/1996 |
| WO | WO 98 25058 A | 6/1998 |

* cited by examiner



FIG. 1



FIG. 2

FIG. 3



FIG. 4

## FIG. 5



## FIG. 6



# FIG. 7





FIG. 8

FIG. 9



FIG. 10





*FIG. 11*



*FIG. 12*



FIG. 13



FIG. 14

FIG. 15

FIG. 16

FIG. 17

FIG. 18



FIG. 19

FIG. 20



FIG. 21





FIG. 22

US 6,394,138 B1

1

# MANIFOLD SYSTEM OF REMOVABLE COMPONENTS FOR DISTRIBUTION OF FLUIDS

## BACKGROUND OF THE INVENTION

### RELATED APPLICATIONS

This application is a continuation-in-part application of U.S. Serial No. 09/111,999, filed on Jul. 8, 1998.

This application claims priority under 35 U.S.C. §120 to U.S. patent application Ser. No. 08/960,464, filed Oct. 29, 1997 entitled GAS PANEL which is a continuation-in-part of U.S. patent application Ser. No. 08/739,936, filed Oct. 30, 1996 entitled GAS PANEL..

### 1. Field of the Invention

The present invention is directed to a manifold system for enabling a distribution of fluids and more particularly, to a modular manifold system that is subjectively adaptable to semi-conductor processing equipment to enable a distribution of gases in a semi-conductor manufacturing environment by assembling a plurality of individual manifold blocks into a gas stick.

### 2. Description of Related Art

Wafer fabrication facilities are commonly organized to include areas in which chemical vapor deposition, plasma deposition, plasma etching, sputtering and alike are carried out. In order to carry out these processes, it is necessary for the tools and machines that are used for the processes to be provided with a precise amount of processing gases to enable the fabrication steps. These gases can be inert, reactive, or can provide reactive species as desired by the particular manufacturing process.

For instance, in order to perform epitaxial deposition, silicon tetrachloride has bubbled through it a carrier gas such as dry nitrogen, which then carries silicon tetrachloride vapor into an epitaxial deposition chamber. In order to deposit a silicon oxide dielectric coating, also known as a deposited oxide coating, silane (SiH$_4$) is flowed into the tool and oxygen is flowed into the tool where they react to form (SiO$_2$) on the surface of the wafer. Plasma etching is carried out by supplying carbon tetrachloride and sulfur hexafluoride to a plasma etcher tool. The compounds are ionized, to form reactive halogen species which then etch the silicon wafer. Silicon nitride may be deposited by the reaction of dichlorosilane and ammonia in a tool. It may be appreciated that in each instance pure carrier gases or reactant gases must be supplied to the tool in contaminant-free, precisely metered quantities.

In a typical wafer fabrication facility, the inert and reactant gases are stored in tanks which may be located in the basement of the facility and which are connected via piping or conduit to a valve manifold box. The tanks and the valve manifold box are considered to be part of the facility level system. At the tool level, an overall tool system, such as a plasma etcher or the like, includes a gas panel and the tool itself. The gas panel contained in the tool includes a plurality of gas paths having connected therein active components such as manual valves, pneumatic valves, pressure regulators, pressure transducers, mass flow controllers, filters, purifiers and the like. All have the purpose of delivering precisely metered amounts of pure inert or reactant gas from the valve manifold box to the tool itself.

The gas panel is located in the cabinet with the tool and typically occupies a relatively large amount of space, as each of the active devices are plumbed into the gas panel, either

2

through welding tubing to the devices or combinations of welds and connectors such as VCR connectors available from Cajon Corporation or the like.

Gas panels are relatively difficult to manufacture and hence expensive. In a combination VCR connector and welded tubing system, the individual components are held on shimmed supports to provide alignment prior to connections at VCR fittings. Misalignment at a VCR fitting can result in leakage.

In addition, it has been found that VCR fittings often tend to come loose in transit and some gas panel manufacturers assume that the VCR fittings have loosened during transit, possibly admitting contaminants to the system.

Welds are relatively expensive to make in such systems but are typically carried out using a tungsten inert gas (TIG) system, having an orbital welding head to weld a tube stub and a tube together. The welding must take place in an inert atmosphere, such as argon, and even then leads to deterioration of the surface finish within the tubes. One of the important characteristics of modern-day gas panel systems and gas handling systems is that the surfaces of the gas handling equipment that tend to have the gas or vapor contact them must be made as smooth and nonreactive as possible in order to reduce the number of nucleation sites and collection sites where contaminants may tend to deposit in the tube, leading to the formation of particulates or dust which could contaminate the wafers being processed.

Additional problems with conventional gas panels relate to the fact that a combination VCR and welded system of the type currently used today typically requires a significant amount of space between each of the components so that during servicing the VCR connections can be accessed and opened. In addition, in order to remove an active component from a contemporary gas panel, many of the supports of the surrounding components must be loosened so that the components can be spread out to allow removal of the active component under consideration.

Most wafer fabricators are aware that it is only a matter of time until, for instance, the silane lines in the gas panels are "dusted " "Dusting" occurs when air leaks into an active silane line causing a pyrophoric reaction to take place yielding loose particulate silicon dioxide in the tube, thereby contaminating the line. Other lines also can be contaminated. For instance, those which carry chlorine gas used in etchers or which carry hydrogen chloride used in other reactions. Hydrogen chloride mixing with moisture present in the humidity of air produces hydrochloric acid which etches the interior of the tube, roughening it and increasing the number of nucleation sites and the likelihood that unwanted deposits would occur inside the tube. In both of these cases, as well as in others, it would be necessary then to open the particular line in the gas panel in order to clean it. In addition, individual component failures may require a line being opened in order to clean it and is time consuming and expensive.

Examples of fluid distribution systems can be found in not only the semi-conductor field but in other fields such as biochemical-related industries. U.S. Pat. No. 5,653,259 discloses the use of a particular form of manifold block and valving system with a saw tooth design of a common fluid passageway. U.S. Pat. No. 4,168,724 discloses a manifold block having a common conduit line that can be connected to appropriate valve members

U.S. Pat. No. 3,384,115 discloses the mounting of pneumatic logic systems on a common manifold block. U.S. Pat. No. 4,181,141 discloses a pneumatic control circuit that

US 6,394,138 B1

3

permits a sequential connection of modules by the use of cylindrical connector plugs

U S. Pat No 4,352,532 discloses a manifold system that can detachably carry a plurality of pneumatically and electrically operated control units Likewise, U S. Pat No. 4,093,329 discloses a manifold assembly with a plurality of property control units PCT Publication No WO98/25058 discloses a gas panel with a plurality of interconnected discrete blocks U.S. Pat. No. 4,524,807 discloses a snap-together modular manifold construction U.S Pat No 3,025,878, U.S Pat. No. 4,921,072, U S Pat No 5,662,143, U S Pat No 5,178,191, and PCT publication No. WO 95/10001 are cited of general interest

The prior art is still seeking to optimize the delivery of fluids such as gas to semi-conductor manufacturing equipment and it is desirable to provide surface mount gas delivery systems that will permit standardized component interfaces that can be easily sealed and removed, thereby obtaining an economy of scale

BRIEF SUMMARY OF THE PREFERRED
EMBODIMENTS

The present invention is designed to provide a manifold system for enabling the distribution of fluids such as semi-conductor processing gases and to provide an improved surface mount gas delivery system that will enable a standardization of the interface of active components With standardized component interfaces, the production, distribution, and factory and field inventories of gas delivery components can be minimized and it will be possible to have an economy of scale while still permitting a subjective design to meet the demands of the customer.

The present invention provides a solution to the problems in the prior art by providing a plurality of individual manifold blocks with each manifold block having a fluid passageway with an entrance and exit port accessing a common surface The common surface can mount standard active components such as mass flow controllers, pressure and flow measurement sensors, pressure regulators, gas dryers, filters, purifiers, valves, etc with the common surface for each of the respective adjacent manifold blocks being maintained in a common plane to facilitate sealing requirements. The active components will bridge or extend across adjacent manifold blocks with the manifold blocks being subjectively aligned and interlocked to operatively permit the respective fluid passageways to be positioned for a sealing interconnection The manifold blocks can be identical in configuration to ensure uniformity and precise production control of mounting surfaces.

In a first embodiment of the manifold block, a central body portion can support a first upper flange and a second lower flange with complimentary configurations that are cantilevered from the central body portion. The size and position of the first upper flange and the second lower flange are such to compliment each other so that when they are interconnected by appropriate securement holes extending through the respective flanges, the common surface for their entrance and exit ports will be held in a common plane thereby ensuring an ease in sealing the passageway. One of the ports will extend onto the upper flange and into the central body of the manifold block Self-aligning bore holes can be positioned on the upper flange to match complimentary threaded bores in a lower flange of an adjacent manifold block. Accordingly, threaded screws or bolts can self align and be used to interconnect adjacent manifold blocks with a simple tool such as an Allen wrench The respective upper

4

and lower flanges serve to provide means for removably interlocking a pair of adjacent manifold blocks

As a second alternative embodiment of interlocking a pair of adjacent manifold blocks, separate connector plates can extend across or span manifold blocks to enable a modular manifold system that can be subjectively designed to meet the requirements of the particular semi-conductor application The individual manifold blocks are preferably identical although special mounting features and additional fluid passageways can be provided for special applications

A third embodiment of the present invention for providing an interlocking includes a thin flat plate to extend beneath a pair of adjacent manifold blocks and to lock them together with sufficient strength to ensure that the common surface is maintained within a common plane for sealing purposes.

A fourth embodiment of the present invention includes a plurality of individual manifold blocks that can be interconnected to accommodate a specific fluid distribution system Each manifold block includes at least one entrance and exit port accessing a common upper surface Active components are mounted with seals on the common upper surface An active component can be further mounted directly to one manifold block to be anchored within the distribution system Each of the manifold blocks have a central body portion with a first upper flange and a second lower flange A vertical alignment system, such as, but not limited to, a pair of cylindrical posts, can extend from one flange surface, while the other flange surface can support a complementary vertical receptacle system, such as, but not limited to, a pair of circular apertures for interacting with the vertical alignment system on an adjacent manifold block

As can be appreciated, each of the individual manifold blocks in each embodiment can be anchored to a supporting surface if desired with appropriate bore holes extending there through to facilitate a removable connection

In the first preferred embodiment, the central body of the manifold block will be offset from adjacent manifold blocks to thereby not only accommodate an active component member such as a mass flow controller for bridging across the respective manifold blocks but to also permit exterior gas flow to facilitate leak detection

By providing a modular composite manifold system, standardized individual manifold blocks can be used with a standardized foot print for connection to the active components at each of the respective stations of a gas panel line Thus, the composite manifold blocks are arranged so that they receive gas, fluid or vapor at an inlet and can pass the fluid along to a plurality of internal channels that are sealed and connected to a plurality of active device receiving stations with the fluid ultimately being delivered to the semi-conductor manufacturing equipment

The modular manifold system can be subjectively extended and will position the body of each of the active components at substantially right angles to the face of the individual manifold blocks that will be aligned along a common plane The active components can be easily removed for repair or replacement and can be attached to the manifold blocks by a plurality of Allen-head bolts. The manifold system can be self-aligning with each of the manifold blocks being a repeatable machine component which has been pre-fabricated. There is no necessity to provide welding connections or VCR tube connections since the active devices can be directly supported on and connected to the individual manifold blocks with appropriate seals

BRIEF DESCRIPTION OF THE DRAWINGS

The exact nature of this invention, as well as its objects and advantages, will become readily apparent upon refer-

US 6,394,138 B1

5

ence to the following detailed description when considered in conjunction with the accompanying drawings, in which like reference numerals designate like parts throughout the figures thereof, and wherein:

FIG. 1 is a perspective view of a first embodiment of the present invention disclosing a plurality of manifold blocks mounted together as a composite manifold system;

FIG. 2 discloses the first embodiment with phantom lines disclosing the attachment holes and fluid passageways;

FIG. 3 is a cross-sectional view of the manifold block of the first embodiment;

FIG. 4 is a perspective view of a gas stick arrangement of the first embodiment;

FIG. 5 is an exploded perspective view of the manifold system of the first embodiment;

FIG. 6 is a perspective view of a second embodiment of the present invention disclosing active component parts mounted on interconnect manifold blocks that are held together with connector plates;

FIG. 7 is an exploded view of the second embodiment disclosed in FIG. 6;

FIG. 8 is a third embodiment of the present invention disclosing an exploded view of interconnect manifold blocks of alternative configurations that can be held together by a series of connector plates;

FIG. 9 is a cross sectional view of one of the manifold interconnect blocks of the third embodiment;

FIG. 10 is a bottom plan view of the embodiment of FIG. 9;

FIG. 11 is a perspective view of the fourth embodiment of the present invention;

FIG. 12 is an exploded view of FIG. 11;

FIG. 13 is a partial cross-sectional view of FIG. 11;

FIG. 14 is a plan view of a first manifold block of the fourth embodiment;

FIG. 15 is a plan view of a second manifold block of the fourth embodiment;

FIG. 16 is a plan view of a third manifold block of the fourth embodiment;

FIG. 17 is an elevated side view of a fourth manifold block of the fourth embodiment;

FIG. 18 is a partial perspective view of a manifold block and mounting bracket of the fourth embodiment;

FIG. 19 is a perspective view of two manifold blocks mounted in the fourth embodiment;

FIG. 20 is a cross-sectional view taken along the sectional line 20—20 of FIG. 19;

FIG. 21 is a cross-sectional view taken along the sectional line 21—21 of FIG. 19; and

FIG. 22 is a partial cross-sectional longitudinal view of manifold blocks of the fourth embodiment.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following description is provided to enable any person skilled in the art to make and use the invention and sets forth the best modes contemplated by the inventors of carrying out their invention. Various modifications, however, will remain readily apparent to those skilled in the art, since the general principles of the present invention have been defined herein specifically to provide an improved manifold system for enabling a distribution of fluids such as gases in the semi-conductor field by utilizing modular

6

manifold blocks that can be subjectively configured and interconnected to permit active components to be appropriately sealed for interconnection with the gas passageways.

Modern IC chip producers have improved the efficiency of their products by processing more semi-conductors on wafers of a larger diameter such as 300 mm size wafers. Such design goals have placed further demands on process tool makers to minimize any increase in the size and fabrication of equipment since workspace for the process tools is at a premium. There is also a desire to reduce the size of sub-systems and to increase their reliability to reduce down time.

Generally, a semi-conductor process tool is a self-contained unit that can handle all the operations involved in fabricating IC patterns and wafers. One of the many sub-systems is the gas delivery system. The gas delivery system is critical to IC pattern development and must deliver clean and controlled gases in a reliable and maintainable manner. While the gas delivery system takes up only 10% to 20% of a process tool's volume, any reduction in its size is beneficial since it helps offset the necessary expansion of other components such as the process chamber which must be made larger to accommodate a 300 mm wafer. Gas delivery systems based on gas sticks constructed in the form of channeled stainless steel blocks have been proposed such as U.S. Pat. Ser. No. 08/39,936 for a Gas Panel filed on Oct. 30, 1996 by the present assignee. This pending U.S. patent application is incorporated herein by reference.

The gas panel assembly embodying the present invention is easy to manufacture in that each of the active devices is separately aligned. If misalignment were to occur, for instance, between a pressure regulator and the device receiving station on the surface of a pair of manifold blocks, an adjacent valve mass flow controller or the like would not be positioned out of alignment with the general manifolding structure as a result thereof. Thus, any misalignment which may occur has been uncoupled from neighboring stations through the use of the present manifolding system. Tolerance stack-up problems are also avoided by the simultaneous ability of the manifold blocks to connect with and to register with the active devices.

Each of the active devices which are connected to the manifold system may be prefabricated in that they include a combination seal and screw capture mechanism component, the seal including a keeper for holding the seal in alignment with the active device and the screws being held captured by nylon split rings to hold the screws within the bores of the active device mount. This allows for quick and easy assembly. The active devices are seated upon edge seals at the active sites. The edge seals do not require extensive or fine surface preparation yet provide good, leak-free and contaminant-free joins at the gas flow inlets and outlets between the manifold system and the active devices. The seals are easily removable for replacement during repair. They include keepers for self-locating which is particularly helpful when replacing an active device on a manifold face in the field.

The inventive gas panel manifold system also allows an entire manifolding assembly, or stick to have applied thereto heated tape or other types of heaters in order to heat all of the manifold bores extending among the active device components and maintain a low vapor pressure gas or vapor in a vapor state throughout each of the process gas lines of the system.

The inventive gas panel manifolding system allows the gas panel to be easily reconfigured by a user in the field as

7
8

welds and VCR connections need not be broken An active
device may be replaced or added simply by lifting it out of
connection with an active device site and a new one con-
nected thereto.

A pair of nitrogen purge inlets can be provided, both at the
upstream and the downstream end of the manifold system so
that should it be necessary to remove an active device from
the manifold system, dry nitrogen can be blown both back-
ward and forward through the manifold system Dry, clean
nitrogen would exit at both the exposed inlet and outlet ports
of the active device site and contamination of the rest of the
manifold system during the course of the changing of the
active device site can be eliminated

The advantages of the earlier work is carried forward
herewith such that a 316 L stainless steel is used for the
individual manifold blocks and the internal channels which
are drilled in the stainless steel blocks have been passivated
with chromium oxide to minimize specialty gas corrosion
The in and out ports of each component is positioned to
match the manifold blocks internal v-shape channel con-
figuration This enables internal connections of neighboring
components to complete the flow path through the gas stick
and eliminates the necessity of making space for tubing and
fittings Thus, a design goal of achieving a size of gas panel
that is decreased by as much as 50% from conventional
welded systems is realized. The modular approach of mani-
fold blocks still allows direct access to each component with
mounting and removing of active components requiring only
a manual hand tool such as but not limited to an Allen
wrench By providing direct access to active components, it
is possible to make repairs simply by removing only the
damaged active component thereby reducing down time
Because the manifold blocks are standardized, the design
flexibility inherent in conventional welded systems is main-
tained since active components can be placed anywhere on
this gas stick Seals are provided in the modular system, so
then in the sealing process, both the active component
mounting interface and the manifold block incorporate
machine glands, which comprise a malleable nickel seal or
alternatively a stainless steel seal to produce a leak free
system. During installation, the seal will generally produce
no particulates greater than 0 1 um, and particles that may be
produced can be typically purged out of the gas system in
less than a minute

Referring to FIG 1, a first embodiment of the present
invention is disclosed wherein a composite manifold assem-
bly 2 can be mounted on an appropriate support surface by
combining individual manifold blocks to form an operative
system As disclosed, each of the three manifold blocks 4 are
identical and are formed from a stainless steel material such
as 316L stainless steel V-shaped gas passageways are
provided in each of the manifold blocks and as shown in
FIG 1, the passageways have access ports positioned on a
common upper surface 38. For ease of description, the flow
path will be considered to extend from left to right although
it could just as easily be reversed and, accordingly, the
entrance port 6 is shown on the upper surface 38 along with
an exit port 8 The entrance port 6 is partially on an upper
flange member 10 which is cantilevered from a central
manifold body portion 12 A lower flange member 14 is
dimensioned to have a complimentary configuration to
match the upper flange member 10 of the immediately
adjacent manifold block As will be subsequently described,
an active component not shown in FIG 1, will bridge access
an entrance port 6 on one manifold block 4 to an exit port
8 on the adjacent manifold block 4 The upper flange
member 10 is offset from the central manifold body portion

12 by a gap of approximately 0 2 inches with the distance
between the center point of the respective entrance port and
exit port being approximately ½ inch This gap beneath an
active component can facilitate the detection of any gas
leakage as can be appreciated by a person skilled in this
field. While not shown in any of the drawings of the present
application, the gas stick can be mounted in a sealed housing
for safety purposes and to control the purging of any leaking
gases from the gas delivery system

Referring to FIG 2, the V-shaped gas passage between an
entrance port 6 and an exit port 8 can be seen in the phantom
lines A pair of appropriate bore holes 16 and 18 on an upper
flange member 10 have a lower beveled surface to enable a
self-aligning of any bolt fasteners The respective bores 16
and 18 appropriately align with threaded apertures 20 and 22
on the lower flange member 14 of an adjacent manifold
block

A pair of threaded bores 24 and 26 and 28 and 29 are
provided on each perimeter side to enable the fastening of a
flange on an active component as can be seen in FIGS 4 and
5. Finally, a pair of recesses 30 and 32 on opposite sides are
also provided to accommodate any protrusion of screws for
fastening a keeper member to the bottom of an active
component The bore opening 16 and 18 have sufficient
depth that when an appropriate fastener is sealed, there is
still sufficient vertical room above a fastener to accommo-
date the protruding head of any fastening screw or bolt
associated with the keeper member

Again, as seen in FIGS 1 and 2, through holes 34 and 36
are provided on either side of the lower flange members 14
to thereby accommodate a fastener 31 for attachment to a
lower support surface 7 The upper flange member 10 are
appropriately tapered or cut to facilitate access, for example,
by an Allen wrench, to any such fasteners 31

As can be appreciated, the first embodiment of the present
invention utilizes a plurality of manifold blocks 4 having
specific upper flange members 10 and lower flange members
14 that are cantilevered from a central manifold body
portion 12 to enable the individual manifold blocks to be
interconnected to accommodate a specific fluid distribution
system. Each of the manifold blocks 4 have a fluid passage-
way with an entrance port 6 and an exit port 8 that access a
common upper surface 38 The dimensions of the upper
flange member 10 and the lower flange member 14 are such
that they extend across each other and thereby provide
means for removably interlocking a pair of adjacent mani-
fold blocks 4 to operatively permit their respective fluid
passageways to be positioned for interconnection

Referring to FIG 3, a cross-section view taken along a
central longitudinal line extending from an entrance port 6
to an exit port 8 is shown for an alternative manifold block
40 that can be used as an end piece in the manifold block
system. This end piece manifold block 40 can also interface
with a dual lower flange manifold block 42 in the gas stick
shown in FIGS 4 and 5 As shown, a series of three identical
manifold blocks 4 are stacked from the dual lower flange
manifold 42 and terminate in a junction end piece 44

The junction end piece manifold block 44 basically dis-
closes a passageway of T-configuration wherein the entrance
port 46 is fluidly connected with a pair of exit ports 48 and
50 on either side of the manifold block 44 Equivalent holes
and bores are included to enable an extension of the gas stick
system at right angles to the longitudinal axis of the gas stick
system shown in FIG 4

As shown in FIG 5, a tube coupler 52 is mounted on top
of the end piece 40 manifold block with a keeper member 54

US 6,394,138 B1

**9**

supporting an appropriate seal 56 and a pair of split ring plastic retainers 58. A pair of threaded bolts 60 and 62 can interlock the end piece manifold block 40 to the dual lower flange manifold block 42. The seal is accomplished by simply tightening the respective threaded bolts 66. Screws or fasteners 64 can hold the keeper member 54 with the seal member 56 and split ring retainers 58 in place to the bottom of the tube coupler 52. The pair of bolts 66 secure the tube coupler 52 to the surface of the end piece manifold block 40 in alignment with the entrance port 68.

A similar arrangement is provided with regards to each of the active components such as the valve assemblies 70 and 72. Appropriate keeper members 74 and 76 support seals 78 and 80 and split ring retainers 82 and 84.

Bolts 86 are used to fasten the flanges 88 and 90 on the respective active components 70 and 72 to the upper surface of the end piece manifold block 40, the dual lower flange manifold block 42 and a manifold block 4. Thus, the active component 70 is mounted immediately adjacent to the tube coupler 52 which in turn can be connected to an appropriate gas line (not shown) while the active component 72 bridges the upper surface of the dual lower flange manifold block 42 and the adjacent manifold block 4 as shown in FIG. 4.

An alternative embodiment of the present invention is shown in FIGS. 6 and 7. In this embodiment, connector plates 92 are individually provided to extend across the lower surface of individual manifold blocks 94. Again, each of the individual blocks 94 are identical and have the appropriate gas passageway and threaded bores and bore openings as described with regards to the manifold block 4. Active components 96 and 98 can be mounted on the common upper surface of the respective manifold blocks 94 within an appropriate seal keepers 100 and seals 102 as previously described with regards to the first embodiment. The corners of each of the connector plates 92 are appropriately notched or recessed 104 with an appropriate bore 106 at each of the corners. A fastener bolt 108 can extend upward for a threaded engagement with a threaded bore (not shown) on the bottom of each of the manifold blocks 94. The thickness of the connector plates 92 and the vertical dimension of the notches 104 are such to permit the heads of the fasteners to be located within the notches.

In the second embodiment, the connector plates 92 can be identically manufactured and will provide sufficient strength when they bridge or cross over beneath each of the manifold blocks 94 to hold the common surfaces of the collective manifolds blocks 94 in a common plane.

Thus, in the second embodiment, the means for removably interlocking a pair of adjacent manifold blocks 94 to operatively permit their respective fluid passageways to be positioned for interconnection with an active component part is accomplished as a result of the identical connector plates 92.

A third embodiment of the present invention is disclosed in FIGS. 8, 9 and 10. FIG. 9 discloses a cross-sectional view of a manifold block 110. A plan view of the bottom side of the manifold block 110 is shown in FIG. 10 wherein a central rib member 112 accommodates the V-gas passageway. The connector plates 114 are appropriately notched 116 at each side of the connector plate 114 to thereby accommodate the rib projection 112. As shown in the exploded view of the gas stick in FIG. 8, a plurality of different manifold blocks can be used in this system starting with the L-shaped end manifold block 116, the subsequent adjacent manifold blocks 110, the T-shaped manifold block 118 and terminating with another end manifold block 116. Appropriate fas-

**10**

tener bolts can be used to join the individual manifold blocks to the appropriate connector plates as previously described with appropriate keepers and seals.

As can be appreciated, each of the manifold blocks will have an entrance and exit port for accessing a common surface although the individual manifold blocks can be varied in shape. The means for removably interlocking a pair of adjacent manifold blocks to operatively permit the respective fluid passageways to be positioned for interconnection on a common surface can be provided by the connector plates 114 and the spacer connector plate 120.

A fourth embodiment of the present invention is disclosed in FIGS. 11–22. The fourth embodiment incorporates the advantages of individual manifold blocks that can be used to construct a manifold system and can enable the easy removal and replacement of active components in a gas stick. The fourth embodiment further provides an advantage in disclosing a vertical alignment system that helps ensure that a common surface is maintained on each of the individual surfaces of the manifold blocks with the collective surfaces being in a common plane to facilitate a sealing connection between active components and their respective manifold blocks. In addition, the fourth embodiment can have an active component firmly fixed to only a single manifold block, while still permitting the active component to bridge over a pair of individual adjacent manifold blocks to form with those individual manifold blocks an operative gas stick to deliver gas to a semiconductor tool.

As can be seen in FIG. 12 and FIGS. 14–16, different configurations of manifold blocks can comprise the plurality of manifold blocks used to construct the manifold system of the fourth embodiment. The different manifold blocks can be used to accommodate different types of active components, branching of the fluid passageway and active components that can interconnect with more than a single pair of entrance and exit ports. Each of the entrance and exit ports are provided on an upper surface of the manifold blocks so that they will share a common surface and be positioned within a common longitudinal plane.

In this fourth embodiment, the upper and lower flanges that extend from a central body portion are further defined to be in the shape of a male and female structure or a dovetail configuration. However, the particular shape of the interconnection between the flanges is not as important as the ability to accommodate an alignment system and sets of mounting apertures to ensure a precise sealing between each of the active components and their interface with the manifold blocks.

Referring to FIGS. 11 and 12, a gas stick 200 is shown with a manifold system 202 constructed of a plurality of individual manifold blocks. An end manifold block 204 includes an upper flange portion 206 connected to a central body portion 208. Since this end manifold block 204 is designed to only interface with the first adjacent manifold block 214, it does not have a lower complementary flange on the opposite side of the central body portion 208 from the upper flange 206. The upper flange 206 provides a male member of a substantially square configuration cantilevered from a larger central body portion 208. The upper flange member 206 has an exit port 210 that is connected by a fluid passageway 211 of a V-shape that extends through the central body portion 208 and a portion of the fluid passageway can be seen in FIG. 13 and also in FIG. 22. The fluid passageway 211 contacts the entrance port 212.

As mentioned above, the manifold blocks can be formed of a 316L stainless steel. A plurality of identical manifold

US 6,394,138 B1

11

blocks 214 with both an upper flange 216 of a male configuration and a lower flange 218 of a female configuration can be interconnected, as shown in FIG. 11. The lower flange 218 is encompassed on three sides by a continuation of the common surface from the central body portion 220, thereby providing a relief of the configuration of the upper flange 216. The resulting side legs or prongs 222 that extend upward on opposite sides of the lower flange 218 advantageously support mounting apertures 224. An additional pair of mounting apertures 224 are also positioned on the central body portion 220 to enable the ends or corners of an active component to be firmly fastened to a single manifold block. The adjacent upper flange 216 or male component can be mounted within the female component and its vertical thickness is such to provide a common upper surface with the central body portion 220. In essence, the male upper flange 216 with an exit port will be compressed or pinched between the lower flange 218 surface and the bottom of the active component to ensure appropriate alignment of the exit port 210.

FIG. 17 discloses in phantom lines the passageway between an entrance port and exit port in a manifold block 214.

The vertical alignment system, which can include a pair of dowel pins or mounting posts 226, extends vertically upward from the lower flange surface 218. The cylindrical dowel pins 226 can be press-fit into appropriate apertures that are drilled and sized on the surface on the lower flange 218 to form the post members. By the use of the dowel pins 226 in a press-fit arrangement, machining cost can be substantially reduced and the dowel pins 226 can be purchased with accurate dimensions. A vertical receptacle system can include a pair of appropriately spaced and sized through-bores 228 to receive the post members 226.

The thickness of the male member relative to the height of the dowel pins 226 ensures that there will be no tilting between adjacent manifold blocks when interconnected and aligned so that there will be no accumulative bowing across the length of the gas stick. While the vertical alignment system is disclosed with a pair of post members, a single pin of a configuration that would prevent any horizontal pivotal movement, such as an oval pin, diamond, square, etc., could be used.

A double female connector block 230 can be used to link a pair of male ends of manifold blocks 214. A double exit port end manifold block 232 completes the manifold system 202. Conventional mounting channels 234 can be combined with mounting brackets 236 and 238 to secure the manifold system to a support surface (not shown). Bolts with hex heads 240 for receiving an Allen wrench can be used to secure a mounting bracket to a mounting channel 234. As can be appreciated, the specific configuration of the mounting brackets and the distribution of their mounting holes can be varied to accommodate variations in the size and configurations of the manifold blocks. The bolts 240 can be secured to a spring nut 242 that can be subjectively positioned anywhere along the mounting channel 234, as known in the art.

As shown in FIG. 11, FIG. 12, and FIG. 22, an initial VCR fitting 244 can be directly secured to the manifold block 204 to provide a fitting for connection to a source of gas. The exit port 210 on the upper flange 206 will be nestled within and over the lower flange 218 on the adjacent manifold block 214. The mounting apertures 246 which constitute the vertical alignment receptacles will receive the post members 226 that extend vertically upward from the lower flange 218.

12

The relative thickness in the vertical direction of the upper flange 206 ensures that there will be no tilt because of the close tolerances of the post members 226 when received within the mounting apertures 246. Also, the horizontal upper surface of the end mounting manifold block 204 will lie in a common plane with a horizontal upper surface of the adjacent manifold block 214.

Accordingly, when a active component, such as a manual on/off valve 250 is sealingly mounted to the central body portion and to apertures in the prongs 222 surrounding the lower flange 218, a sealing connection is made with the entrance port 252 so that the manual on/off valve 250 can control gas into the gas stick. In this arrangement, the base of the manual on/off valve 250 is anchored securely by bolts 278 to only the manifold block 214, although it is sealed across the common surfaces of the end manifold block 204 and the manifold block 214, as can be seen in the cross-sectional configuration of FIG. 13. In FIG. 13, a cross-section of the manifold system is taken along the center line so that the active component mounting apertures are not shown. The active components, such as the manual on/off valve 250, will bridge across adjacent manifold blocks, such as the end manifold block 204 and the immediately adjacent manifold block 214 to provide a continuity of a fluid passageway through the gas stick. The active component 250, however, is only anchored and secured to provide an appropriate pressure seal by bolts 278, that can be manually tightened from above the manifold system, with the bolts 278 extending through sets of mounting apertures 224 in the central portion 220 and the prongs 222 of the manifold block 214. Similar arrangements of mounting active components on adjacent manifold blocks, all of which share the common horizontal surface, is repeated across the gas stick shown in FIGS. 11 and 13. Thus, pressure regulator 254 is anchored only on the second manifold block 214, while a pneumatic shut-off valve 256 is likewise mounted only on the succeeding manifold block 214.

A mass flow controller 258 is mounted only on the double female connector manifold block 230, while a pneumatic shut-off valve 260 is mounted directly on another manifold block 214 with its male upper flange member aligned and captured by the appropriate alignment systems between the double female connector manifold block 230 and the vertical receptacle system of the male flange member.

Finally, a pair of VCR fittings 262 and 264 are mounted on a double exit port manifold block 232. These fittings permit a branching of the gas flow path to an adjacent set of manifold distribution systems.

As seen in FIGS. 12 and 13, the mounting brackets 236 and 238 can be attached by bolts 240 to the mounting channels 234 through the spring nuts 242. Screws 266 can be mounted from underneath the appropriate mounting brackets 236, 238 for securing the appropriate manifold blocks through threaded apertures.

Referring to the perspective partial view of a mounting bracket and female portion of a manifold block in FIG. 18, the mounting apertures 224 can be seen extending vertically downward from the horizontal surface. The lower flange 218 supports the post members 226. Centrally positioned between the mounting post 226 is a threaded hole 268 that can receive a screw 266 for attachment to the mounting bracket. Additionally, the threaded hole could also accommodate a longer threaded screw to exert an upper force, if desired, in releasing a male upper flange from a female interconnection. However, as seen in FIG. 20 and FIG. 22, the male configuration is dimensioned to be smaller and not come into contact with the internal walls of the female connection.

US 6,394,138 B1

13

Also on FIG. 18, an exit fluid passageway 270 is disclosed. As can be readily determined by the phantom lines 272 in FIG. 19, an active component when appropriately mounted into the mounting apertures 224, is firmly anchored on only one manifold block 214, although it is capable of bridging over the male upper flange 216 of an adjacent manifold block.

Referring to FIG. 14, a top plan view of a manifold block having one entrance port and two exit ports is disclosed. Through-holes 280 can permit access from the upper surface to Allen head bolts 282, as shown in FIG. 21. Threaded mounting holes 224 are disclosed to receive the mounting bolts 278 for fastening an active component to the manifold block. Mounting posts 248 are positioned on either side of the threaded hole 268. Finally, the mounting apertures 246 on the male member is shown and has a size that complements the mounting posts 248 A series of blind holes that are counter bores 286 can be provided on the horizontal surface of the manifold block to accommodate screw heads, for example, in the mounting the keepers for sealing the blocks.

Threaded holes 294 can be used as mounting holes for providing a branching function, mounting fittings, etc. The counter bores 292 can function in a manner analogous to the counter bores 286. As can be appreciated, the threaded holes and counter bores, while provide on a manifold block, need not be utilized in each arrangement or construction of a gas stick, but rather are optionally provided to permit different configurations. The dotted lines between the ports 296 on each of the manifold blocks shown in FIGS. 14, 15, and 16 disclose the flow paths through the body of the manifold blocks.

The manifold block of FIG. 14 can be used to provide a complementary fluid path branch between two active components.

The manifold block of FIG. 15 provides a provision for an interconnection with a fluid path traverse to the flow direction of interlocking manifold blocks, while having an active component modify the flow through such a cross-connection, for example, to implement a purging function.

The manifold block of FIG. 16 would enable interconnection, for example, of a T-shape block 232 into the middle of a gas stick to permit a branching of the flow path traverse to the flow direction of the interlocking manifold blocks.

As can be appreciated, other forms of manifold blocks can be provided for specific flow connections by a person of skill in the field, while still enjoying the benefits of the present invention.

Referring to FIG. 22, a cross-section of the end manifold block 204 is shown. A keeper 274 can mount an annular seal 276 to ensure appropriate sealing in the interconnection between an active component and a fluid conduit in a manifold block. The seal 276 can be deformed under the sealing pressure that is applied by the tightening of the mounting bolts 278. Similar keepers and seals are mounted between each active component and its corresponding manifold blocks.

Referring to FIG. 20, a cross-sectional view taken along the line 20—20 in FIG. 19 of the interface between the coupling of a pair of manifold blocks and their relationship to an overlaying active component is disclosed. The dowel pins that form the mounting post 248 are aligned within the mounting apertures 246. The center bore hole that is positioned between the two apertures in the lower flange 65 precedes the flat-headed screw 266 for securing the manifold block to a mounting bracket 236.

14

An alternative cross-sectional view is shown in FIG. 21, which could be taken along the line 21—21 in FIG. 19. The through hole 280 is not threaded and opens into an enlarged offset 282 that can accommodate mounting bolts 283. Thus, an Allen wrench can be inserted down the through holes 280 to permit a tightening and a loosening of the Allen-headed bolts 284. The spring nuts 242 can secure the mounting bracket 238 to the mounting channel 234.

Those skilled in the art will appreciate that various adaptations and modifications of the just-described preferred embodiments can be configured without departing from the scope and spirit of the invention. Therefore, it is to be understood that, within the scope of the appended claims, the invention may be practiced other than as specifically described herein.

What is claimed is:

1. A manifold system for enabling a distribution of fluids comprising:

a plurality of individual manifold blocks, each manifold block having a fluid passageway with an entrance port and an exit port accessing only a common surface; and

means for removably interlocking a pair of adjacent manifold block to each other to operatively permit their respective fluid passageways to be positioned for interconnection.

2. The manifold system of claim 1 wherein the pair of adjacent manifold blocks are identical in configuration.

3. The manifold system of claim 1 wherein each manifold block has a first flange on one side and a second flange on an opposite side to enable an interlocking of adjacent manifold blocks.

4. The manifold system of claim 3 wherein each of the first flange and the second flange have complimentary configurations that permit adjacent pairs of manifold blocks to be interlocked wherein a first flange from one manifold block will overlay a second flange of an adjacent manifold block.

5. The manifold system of claim 3 wherein each of the first flange and the second flange have securement holes extending there through.

6. The manifold system of claim 3 wherein each manifold block has a central body portion from which the respective first flange and second flange are cantilevered.

7. The manifold system of claim 3 wherein each manifold block has a set of fastening apertures to permit an active component to be mounted directly to only that manifold block while being sealingly connected to both the manifold block with the fastening apertures and to an adjacent manifold block with a first flange overlaying a second flange on the mounting manifold block.

8. The manifold system of claim 3 wherein each of the first flange and the second flange have complimentary configurations that extend in a cantilevered manner from a central body portion, a first flange and a second flange of adjacent pairs of manifold blocks will extend across each other while permitting the adjacent central body portions to be offset from each other.

9. The manifold system of claim 8 wherein the first flange has a male configuration and the second flange has a female configuration.

10. The manifold system of claim 9 wherein one of the first flange and the second flange includes at least one alignment aperture and the other flange includes an alignment post of a complimentary configuration.

11. The manifold system of claim 10 wherein one of the first flange and the second flange includes at least a pair of alignment apertures of circular configuration and the other

US 6,394,138 B1

15

16

flange member includes a pair of alignment posts of a cylindrical configuration, a respective depth of the apertures and a height of the alignment posts are such that when mated, the common surface extends in a same plane between adjacent manifold blocks and the manifold blocks are maintained along a common longitudinal axis.

12. The manifold system of claim 1 wherein the means for removably interlocking holds the individual common surfaces of adjacent manifold blocks in a common plane to facilitate a sealing of interconnected passageways.

13. The manifold system of claim 3 wherein one of the entrance or exit ports extends onto the first upper flange.

14. The manifold system of claim 1 further including a plurality of holes extending from the common surface through the manifold block to enable attachment to a support surface.

15. The manifold system of claim 1 wherein the manifold block has a first flange on one side and a second flange on the other side, one of the flanges has a vertical alignment system extending from the flange surface and the other flange has a complimentary vertical receptacle system for interacting with a vertical alignment system on another manifold block.

16. The manifold system of claim 15 wherein the vertical alignment system includes a pair of spaced apart post members and the vertical receptacle system includes a pair of apertures for receiving the respective post members of another manifold block.

17. The manifold system of claim 15 wherein at least one of the manifold blocks has a plurality of exit ports.

18. The manifold system of claim 15 wherein at least one of the manifold blocks has a plurality of entrance ports.

19. The manifold system of claim 15 wherein one of the flanges has a male configuration and the other flange has a female configuration.

20. The manifold system of claim 15 wherein one of the entrance or exit ports is positioned on a flange having a male configuration.

21. The manifold system of claim 15 wherein the first flange has a male configuration.

22. The manifold system of claim 15 wherein the second flange has a pair of post members.

23. The manifold system of claim 22 wherein the first flange has a pair of apertures for receiving, respectively, a pair of post members.

24. A manifold block for transmitting a fluid and supporting a component that interfaces with the fluid comprising:

a central body portion;

a first flange extending in a cantilevered manner from the central body member and having a common upper surface with the central body portion; and

a fluid passageway extending through the central body portion and having only entrance ports and exit ports accessing the common upper surface;

wherein one of the entrance ports or exit ports is positioned on the first flange.

25. The manifold block of claim 24 further including a second flange extending from the central body portion, one of the first and second flanges has a vertical alignment system extending from the flange surface and the other flange has a complimentary vertical receptacle system for interacting with a vertical alignment system on another manifold block.

26. The manifold block of claim 25 wherein the central body portion and the second flange have a set of fastening apertures to permit a component with a complimentarily fluid passageway to be mounted directly to the manifold block to provide a sealed fluid conduit.

27. The manifold block of claim 25 wherein the vertical alignment system includes a pair of spaced apart post members and the vertical receptacle system includes a pair of apertures for receiving the respective post members of another manifold block.

28. The manifold block of claim 25 wherein the central body portion has a set of fastening apertures to permit a component with a complimentarily fluid passageway to be mounted directly to the manifold block to provide a sealed fluid conduit.

29. In a fluid distribution system, the improvement including a composite manifold assembly comprising:

a plurality of individual manifold blocks that can be interconnected to accommodate a specific fluid distribution system, each manifold block having a fluid passageway with an entrance port and an exit port accessing a common surface; each manifold block further having a central body portion with a first flange and a second flange extending from respective opposite sides of the central body portion, the first flange having at least one alignment hole and the second flange having at least one post member integral to the second flange and configured to fit within an alignment hole of another manifold block, wherein one of the entrance port or exit port is positioned on the first flange.

30. The fluid distribution system of claim 29 wherein the central body portion and the second flange have a set of fasting apertures to permit a component with a complimentarily fluid passageway to be mounted directly to the manifold block to provide a sealed fluid conduit.

31. The fluid distribution system of claim 29 wherein the central body portion has a set of fastening apertures to permit a component with a complimentarily fluid passageway to be mounted directly to the manifold block to provide a sealed fluid conduit.

32. A gas panel distribution system for semi-conductor manufacturing comprising:

a plurality of individual manifold blocks, each manifold block having a fluid passageway with an entrance port and an exit port accessing only a common surface;

means for removably interlocking each pair of adjacent manifold blocks to each other to operatively permit their respective fluid passageways to be positioned for interconnection;

means for aligning an adjacent manifold block in the plurality of manifold blocks to ensure that the entrance and exit ports are positioned in a plane containing the common surface to facilitate sealing; and

a plurality of active components sealingly fastened to the individual manifold blocks and completing the interconnection of the respective fluid passageways whereby each active component bridges over a pair of adjacent individual manifold blocks and forms with the individual manifold blocks an operative gas stick to deliver gas to a semi-conductor tool.

33. The gas panel distribution system of claim 32 wherein the means for alignment includes a first and second alignment unit on each manifold block.

34. The gas panel distribution system of claim 33 wherein the first alignment unit includes an alignment aperture and the second alignment unit includes a complimentary alignment post.

35. The gas panel distribution system of claim 33 wherein each manifold block includes a central body portion; a first upper flange extending in a cantilevered manner from the central body portion and having a common upper surface

US 6,394,138 B1

17

with the central body portion and having only entrance and exit ports accessing the common upper surface.

36. The gas distribution system of claim 35 wherein a second lower flange extends from the central body portion on an opposite side from the first upper flange and the central body portion includes a plurality of fastening apertures to enable an active component to be directly mounted on only one manifold block.

37. A gas panel distribution system comprising:

a plurality of individual manifold blocks removably interconnected with fasteners that can be manually applied and removed with a hand tool, each manifold block having a fluid passageway with an entrance port and an exit port accessing a common surface, each manifold block further having a central body portion with a first flange with a first alignment unit and a second flange with a second alignment unit on respective opposite sides of the first central body portion, a first flange of at least one manifold block extends over and is aligned with a second flange of an adjacent manifold block; a seal assembly extends across the respective fastened manifold blocks and lies in a common plane with the respective common upper surfaces of the fastened manifold blocks; and an active component is mounted on the seal assembly and is fastened to only one of the manifold blocks so that it extends across an adjacent manifold block and provides a fluid passageway from an exit port on one manifold block to an entrance port on the adjacent manifold block

38. The gas panel distribution system of claim 37 wherein the first alignment unit includes at least one alignment aperture and the second alignment unit includes at least one complimentary alignment post

39. The gas panel distribution system of claim 37 wherein each manifold block only has entrance and exit ports positioned on an upper horizontal surface which forms the common upper surface.

40. The gas panel distribution system of claim 37 wherein the central body portion and the second flange have a set of fastening apertures to permit a component with a complimentarily fluid passageway to be mounted directly to the manifold block to provide a sealed fluid conduit

41. The gas panel distribution system of claim 37 wherein the central body portion has a set of fastening apertures to permit a component with a complimentarily fluid passageway to be mounted directly to the manifold block to provide a sealed fluid conduit

42. A manifold system for enabling a distribution of fluids comprising:

a plurality of individual manifold blocks, each manifold block having a fluid passageway with an entrance port and an exit port accessing a common surface and a first flange on one side and a second flange on an opposite side to enable removable interlocking of adjacent manifold blocks to operatively permit their respective fluid passageways to be positioned for interconnection;

wherein one of the entrance or exit ports extends onto the first flange

18

43. The manifold system of claim 42 wherein each of the first flange and the second flange have complimentary configurations that permit adjacent pairs of manifold blocks to be interlocked wherein a first flange from one manifold block will overlay a second flange of an adjacent manifold block

44. The manifold system of claim 42 wherein each of the first flange and the second flange have securement holes extending there through

45. The manifold system of claim 42 wherein each manifold block has a central body portion from which the respective first flange and second flange are cantilevered

46. The manifold system of claim 42 wherein each manifold block has a set of fastening apertures to permit an active component to be mounted directly to only that manifold block while being sealingly connected to both the manifold block with the fastening apertures and to an adjacent manifold block with a first flange overlaying a second flange on the mounting manifold block

47. The manifold system of claim 42 wherein each of the first flange and the second flange have complimentary configurations that extend in a cantilevered manner from a central body portion, a first flange and a second flange of adjacent pairs of manifold blocks will extend across each other while permitting the adjacent central body portions to be offset from each other

48. A manifold system for enabling a distribution of fluids comprising:

a plurality of individual manifold blocks, each manifold block having a fluid passageway with an entrance and exit port accessing a common surface, a first flange on one side having a male configuration, and a second flange on the other side;

wherein one of the entrance [and] or exit ports is positioned on the first flange; and

wherein the second flange has a vertical alignment system extending from the flange surface and the first flange has a complimentary vertical receptacle system for interacting with a vertical alignment system on another manifold block for removably interlocking a pair of adjacent manifold blocks to operatively permit their respective fluid passageways to be positioned for interconnection.

49. The manifold system of claim 48, wherein the vertical alignment system includes a pair of spaced apart post members and the vertical receptacle system includes a pair of apertures for receiving the respective post members of another manifold block

50. The manifold system of claim 48, wherein at least one of the manifold blocks has a plurality of exit ports

51. The manifold system of claim 48, wherein at least one of the manifold blocks has a plurality of entrance ports

52. The manifold system of claim 48, wherein the second flange has a female configuration.

* * * * *