IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELERITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ULTRA CLEAN HOLDINGS, INC. <br> AND <br> ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) Civil Action No : <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Celerity, Inc. hereby states that is wholly-owned by Celerity Holding Company, Inc.

*/s/ Frederick L. Cottrell III*

Frederick L. Cottrell III (ID NO 2555)
cottrell@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
   Attorneys for Celerity, Inc.

OF COUNSEL:

Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel : (617) 395-7000

Dated: September 13, 2005

RLF1-2921229-1