IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CELERITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ULTRA CLEAN HOLDINGS, INC. <br> AND <br> ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., <br><br> Defendants. | Civil Action No.: 05-668-KAJ |

### AFFIDAVIT OF MAILING FOR DEFENDANT ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.

STATE OF DELAWARE )
                               ) ss.
NEW CASTLE COUNTY )

BE IT REMEMBERED that on this 23rd day of September, 2005, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Frederick L. Cottrell, III, who being by me duly sworn according to law, did depose and say that:

1. He is an attorney with the law firm of Richards, Layton & Finger, counsel for the plaintiff in the captioned matter.

2. Upon information and belief, defendant Ultra Clean Technology Systems and Service, Inc. ("Ultra Clean Technology") is a non-resident of the State of Delaware. The last known address of Ultra Clean Technology is 150 Independence Drive, Menlo Park, California, 94025.

RLF1-2926443-1

3. On September 15, 2005, Affiant caused to be mailed, by registered mail, return receipt requested, a letter to Ultra Clean Technology. A copy of the complaint and summons were enclosed with the registered letter. A copy of the registered letter is attached hereto as Exhibit A and made a part hereof.

4. Upon mailing said registered letter, a receipt was issued, a copy of which is attached hereto as Exhibit B and made a part hereof.

5. The registered letter provided notice to defendant that the original complaint and summons in the captioned matter had been served upon the Secretary of State of the State of Delaware, and that pursuant to 10 Del.C. § 3104, such service was as effectual for all intents and purposes as if it had been made upon this defendant personally in the State of Delaware.

6. The registered letter was signed for and received on or about September 20, 2005. The proof of delivery and receipt of the registered letter was provided to Affiant by the United States Postal Service on September 23, 2005, a true and correct copy of which is attached as Exhibit C and made a part hereof.

_____
Fredrick L. Cottrell, III

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public

ANITA F. GARVEY
Notary Public - State of Delaware
My Comm. Expires Aug. 18, 2006