# EXHIBIT A

## RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

September 15, 2005

**VIA REGISTERED MAIL (RR 366 067 686 US)**
**RETURN RECEIPT REQUESTED**

Ultra Clean Technology Systems and Service, Inc.
150 Independence Drive
Menlo Park, California 94025

      Re:    **Celerity, Inc. v. Ultra Clean Technology Systems and Service, Inc.,**
              **Ultra Clean Holdings, Inc., C.A. No. 05-668 (D. Del.)**

Dear Sir or Madam:

      Celerity, Inc. has filed a Complaint against you in the United States District Court for the District of Delaware.

      Enclosed is a copy of the Civil Information Cover Sheet, Summons, Complaint and Disclosure Statement filed in this action. The original Summons and a copy of the Complaint were personally served upon the Secretary of State of the State of Delaware in compliance with 10 *Del. C.* § 3104. Such service is effectual for all intents and purposes as if it had been made upon you personally within the State of Delaware.

      Please be advised that through this letter I am personally notifying you that a Complaint has been filed against you by Celerity, Inc. as a result of your actions alleged in the Complaint. This letter will further serve to inform you that you have an obligation to answer the Complaint filed against you, and that your failure to do so may result in a default judgment being entered against you.

      Very truly yours,

      */s/ Frederick L. Cottrell, III*

      Frederick L. Cottrell, III

FLC,III/afg
Enclosures

RLF1-2922406-1

# EXHIBIT B

| Registered No. RR 366 067 686 | | Date Stamp |
|---|---|---|
| Reg Fee $ 7.50 | Special Delivery $ | |
| Handling Charge $ | Return Receipt $ 1.75 | |
| Postage $ 8.55 | Restricted Delivery $ | |
| Received by TC | 17.80 | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ 0 | ☐ With Postal Insurance  ☐ Without Postal Insurance | |

FROM: FREDERICK L. COTTRELL, III, ESQ.
RICHARDS, LAYTON & FINGER
P.O. BOX 551
WILMINGTON, DE 19899

TO: ULTRA CLEAN TECH. SYS & SERV., INC.
150 INDEPENDENCE DRIVE
MENLO PARK, CA 94025

PS Form 3806, June 2000  Receipt for Registered Mail  (Customer Copy)
(See Information on Reverse)

RR 366 067 686 US

# EXHIBIT C

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)  C. Date of Delivery<br>M. Buckley |
| 1. Article Addressed to:<br><br>Ultra Clean Technology<br>Systems & Service, Inc.<br>150 Independence Drive<br>Menlo Park, CA 94025 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>[postmark: MENLO PARK, SEP 20 2005, USPS, 94025]<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   RR366067686 US | |
| PS Form 3811, August 2001    Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE



| First-Class Mail |
| Postage & Fees Paid |
| USPS |
| Permit No. G-10 |

• Sender: Please print your name, address, and ZIP+4 in this box •

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE   19899

#149022