IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELERITY, INC., </br></br> Plaintiff, </br></br> v. </br></br> ULTRA CLEAN HOLDINGS, INC. and </br> ULTRA CLEAN TECHNOLOGY SYSTEMS </br> AND SERVICE, INC., </br></br> Defendants. | ) </br> ) </br> ) </br> )   Civil Action No. 05-668 (KAJ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### STIPULATION AND ORDER

Plaintiff Celerity Inc. and defendants Ultra Clean Holdings, Inc. and Ultra Clean Technology Systems and Service, Inc. (collectively, "Ultra Clean"), by their respective counsel, hereby agree and stipulate, subject to the approval of the Court, that the time for Ultra Clean to answer, move, or otherwise respond to Plaintiff's Complaint is extended through and including October 24, 2005.

RICHARDS LAYTON & FINGER

/s/ Frederick L. Cottrell, III
By: _____
    Frederick L. Cottrell, III (#2555)
    One Rodney Square
    P.O. Box 551
    Wilmington, DE 19899
    (302) 651-7700
    E-mail: cottrell@rlf.com

Attorneys for Plaintiff Celerity, Inc.

Dated: October 3, 2005

POTTER ANDERSON & CORROON LLP

/s/ Philip A. Rovner
By: _____
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    E-mail: provner@potteranderson.com

Attorneys for Defendants
Ultra Clean Holdings, Inc. and
Ultra Clean Technology Systems and Service, Inc.

SO ORDERED this ____ day of _____, 2005.

_____
United States District Judge