IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELERITY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-668 (KAJ) |
| | ) |
| ULTRA CLEAN HOLDINGS, INC. and | ) **JURY TRIAL DEMANDED** |
| ULTRA CLEAN TECHNOLOGY SYSTEMS | ) |
| AND SERVICE, INC., | ) |
| | ) |
| Defendants. | |

## JOINT MOTION TO TRANSFER

Plaintiff Celerity, Inc. ("Celerity") and defendants Ultra Clean Technology Systems and Service, Inc., and Ultra Clean Holdings, Inc. (collectively "Ultra Clean"), representing all of the parties in this action, move to transfer venue of the captioned matter to the Northern District of California pursuant to 28 U.S.C. § 1404(a). In support of its motion, the parties state as follows:

I.      Introduction

    1.      The parties make this motion because the Northern District of California is a proper venue for this action, that there exists another action in the Northern District involving issues and parties common to this case, and due to the existence of the Northern District case, the interests of justice as well as the convenience of the parties and witnesses would be best served by the transfer.

II.     Procedural Background

    2.      Prior to the filing of either litigation, Celerity and Ultra Clean had been involved in a course of correspondence through which Celerity advised Ultra Clean of

RLF1-2933071-1

several patents. On September 2, 2005, Ultra Clean filed in the United States District Court for the Northern District of California Case No. C-05-03560 BZ, *Ultra Clean Technology Systems and Service, Inc. v. Celerity, Inc.* (the "California Action"), seeking a declaration of invalidity and noninfringement of those patents, namely U.S. Patent No. 6,142,539, U.S. Patent No. 6,189,570, U.S. Patent No. 6,192,938, U.S. Patent No. 6,293,310, U.S. Patent No. 6,394,138, U.S. Patent No. 6,435,215, and U.S. Patent No. 6,474,700 (collectively, the "patents in suit").

3.  On September 13, 2005, prior to being served with the California Action, Celerity filed in the United States District Court for the District of Delaware Case No. 05-668 (KAJ) *Celerity, Inc. v. Ultra Clean Holdings, Inc., and Ultra Clean Technology Systems and Service, Inc.* (the "Delaware Action"). In the Delaware Action, Celerity alleges that Ultra Clean is infringing these same patents in suit in the California Action.

III.  Transfer Is Appropriate And Proper

4.  The parties to the California and Delaware Actions have agreed to submit this joint motion to transfer the Delaware Action to the Northern District of California, to be followed by a joint motion to consolidate the two cases in the Northern District. Both cases can appropriately be litigated in the Northern District of California: (1) Celerity has its principal place of business in Milpitas, California, within the Northern District of California; (2) Ultra Clean Technology Systems and Service, Inc. has its principal place of business in Menlo Park, California, within the Northern District of California; (3) Ultra Clean Holdings, Inc., although a Delaware corporation, has substantial contacts with California, including its ownership of California corporation Ultra Clean; and (4) a substantial percentage of witnesses and documents appear to be located in California.

5.  Given the existence of the California Action, all factors under 28 U.S.C. § 1404(a) weigh in favor of transfer and consolidation. The convenience of the witnesses will be served since these witnesses will only be required to testify in one consolidated proceeding. The convenience and expense to the parties will be reduced since there will be one, as opposed to two, litigation proceedings. Judicial economy will be served since transfer and consolidation will avoid duplicative and potentially inconsistent litigation.

WHEREFORE, the parties respectfully request that this Court issue the order attached hereto transferring the within action to the United States District Court for the Northern District of California.

| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| By: /s/ Philip A. Rovner<br>Philip A. Rovner (# 3215)<br>provner@potteranderson.com<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, Delaware 19899<br>(302) 984-6000<br><br>Attorneys for Ultra Clean Holdings, Inc. and Ultra Clean Technology Systems and Service, Inc.<br><br>Dated: October 14, 2005 | By: _____<br>Frederick L. Cottrell III (#2555)<br>cottrell@rlf.com<br>Matthew W. King (#4566)<br>king@rlf.com<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br><br>Attorneys for Celerity, Inc. |