IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELERITY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 05-668 (KAJ) |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| ULTRA CLEAN HOLDINGS, INC. and ) | |
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND ) | |
| SERVICE, INC., ) | |
| ) | |
| Defendants. | |

## ORDER

The Court, having considered the parties' Joint Motion to Transfer, and upon consideration of the convenience of the parties and witnesses and of judicial economy,

IT IS HEREBY ORDERED this _____ day of October, 2005 that the Motion is GRANTED and pursuant to the Joint Motion and 28 U.S.C. §1404(c) this action is transferred to the United States District Court for the Northern District of California. The Clerk is directed to transfer this file to the Clerk of the Northern District of California and, thereafter, to close this case.

_____
Judge

RLF1-2933073-1