OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 20, 2005

Clerk, U.S. District Court
Northern District of California
(San Francisco Division)
450 Golden Gate Ave.
San Francisco, CA 94102

Re:  *Delaware*  Case No. CA 05-668 KAJ
     Celerity Inc., v. Ultra Clean Holdings Inc., et al.

Dear Clerk:

In accordance with Judge Jordan's order of October 17, 2005, I am transferring the above captioned case to the Northern District of California (San Francisco Division). Please find enclosed the original docket items 1-10 (inclusive) and a certified copy of the docket sheet.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to me in the enclosed, self-addressed, envelope.

Sincerely,

Peter T. Dalleo, Clerk

By: _____
    Deputy Clerk

PTD:rc
encl.

cc: The Honorable Kent A. Jordan
    Frederick L. Cottrell, III, Esq.
    Matthew W. King, Esq.
    Philip A. Rovner, Esq.